# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER W. ARNETT,

        Plaintiff,

-vs-                                    Case No. 6:09-cv-46-Orl-28KRS

HAIR CLUB FOR MEN, LLC,

        Defendant.

___

## ORDER

This case is before the Court on the Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 18) filed December 1, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 28, 2009 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 18) is **GRANTED in part**.

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

4. The Court declines to approve or reserve jurisdiction to enforce the settlement agreement.

5. Counsel for Plaintiff is prohibited from withholding any portion of funds payable to Plaintiff under the settlement agreement pursuant to a retainer agreement or otherwise.

6. Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

7. This case is dismissed with prejudice

8. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19___ day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party